FILED
CLERK, U.S. DISTRICT COURT

Nov 16, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FASTREND APPAREL, INC.; *et. al.*<br><br>Defendants. | Case No.: 2:16-cv-04823-SVW-AS<br>*Hon. Stephen V. Wilson Presiding*<br><br>**JUDGMENT** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of fifty thousand dollars and no cents ($50,000.00) in statutory damages, plus costs in the amount of five hundred sixty dollars and eighty six cents ($560.86) and attorneys' fees in the amount of five thousand six hundred dollars and no cents ($5,600.00) for a total of fifty six thousand one hundred sixty dollars and eighty six cents (**$56,160.86**) is hereby GRANTED and ENTERED against Defendant FASTREND APPAREL, INC., a Delaware

///
///
///

- 1 -
JUDGMENT

Corporation, individually and doing business as "www.pinkqueen.com" and "www.melodicday.com", and in favor of Plaintiff NOVELTY TEXTILES INC., along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: November 16, 2016   By: _____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE